|  | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 6 2026<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |
| CALIFORNIA COASTAL COMMISSION,<br><br>Petitioner,<br><br>v.<br><br>SURFACE TRANSPORTATION BOARD and UNITED STATES OF AMERICA,<br><br>Respondents,<br><br>----------------------------------------<br><br>MENDOCINO RAILWAY,<br><br>Intervenor. | No. 25-7442<br><br>Agency No. FD 36868<br>Surface Transportation Board<br><br>ORDER |

The unopposed motion (Docket Entry No. 25) for an extension of time to file the opening brief is granted.

The opening brief is due April 15, 2026. The answering brief is due May 15, 2026. The intervenor's brief is due June 15, 2026. The optional reply brief is due 21 days after the intervenor's brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT