No. 25-7442

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

———————————

CALIFORNIA COASTAL COMMISSION
*Petitioner*,

V.

SURFACE TRANSPORTATION BOARD, UNITED STATES OF AMERICA, *et al*.
*Respondents*,

MENDOCINO RAILWAY
*Intervenor*.

———————————

## STIPULATED VOLUNTARY DISMISSAL

———————————

ROB BONTA
  *Attorney General of California*
DANIEL A. OLIVAS
  *Senior Assistant Attorney General*
DAVID G. ALDERSON
  *Supervising Deputy Attorney General*
PATRICK TUCK
  *Deputy Attorney General*
STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA  94612-0550
Telephone: (510) 879-1006
Fax: (510) 622-2270
Patrick.Tuck@doj.ca.gov
  *Attorneys for Petitioner*

March 19, 2026

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties to this appeal hereby agree and stipulate to the voluntary dismissal of the above-captioned docketed appeal (Case No. 25-7442).

The parties will bear their own respective costs and attorneys' fees, except for any remaining court fees which will be paid by Petitioner California Coastal Commission.

Respectfully submitted,

March 19, 2026      **CALIFORNIA OFFICE OF THE ATTORNEY GENERAL**

*s/Patrick Tuck*

_____

Patrick Tuck
Deputy Attorney General
*Attorneys for Petitioner*
*California Coastal Commission*

March 19, 2026      **SURFACE TRANSPORTATION BOARD**

*s/Andrew Van Denover*

_____

Andrew Van Denover
Office of Chief Counsel
*Attorneys for Respondent*
*Surface Transportation Board*

March 19, 2026      **UNITED STATES DEPARTMENT OF JUSTICE**

*s/Robert B. Nicholson*

_____

Robert B. Nicholson
Antitrust Division
*Attorneys for Respondent*
*United States of America*

3

March 19, 2026                 **PIERSON FERDINAND LLP**

*s/Paul Beard II*

_____

Paul Beard II
*Attorneys for Intervenor*
*Mendocino Railway*